IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00431-WYD-MEH

R&D FILM 1, LLC, a California limited liability company,

    Plaintiff,

v.

JOHN DOE 1,

    Defendant.

## ORDER TO SHOW CAUSE

**Michael E. Hegarty, United States Magistrate Judge.**

This matter comes before the Court *sua sponte*, due to Plaintiff's failure to demonstrate service upon the Defendant John Does in accordance with Fed. R. Civ. P. 4(m). Rule 4(m) provides, in pertinent part:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

The Plaintiff initiated this action on February 19, 2013. There is no indication on the docket that the Defendant John Doe has been served, or that the Plaintiff has sought any extensions of time within which to serve Defendant.

THEREFORE, Plaintiff is hereby ORDERED to show cause in writing no later than **July 22, 2013**, as to why this Court should not recommend that its claims against Defendant John Doe be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

Dated this 10th day of July, 2013, in Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge