IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00431-WYD-MEH

R&D Film 1, LLC, a California Limited Liability Company,

     Plaintiff,

v.

JOHN DOE 1,

     Defendant.

---

## ORDER OF DISMISSAL

---

     In accordance with the Notice of Dismissal filed on July 15, 2013, pursuant to

Fed R. Civ. P. 41(a)(1)(A)(i) (ECF No. 23), it is

     ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**.

     Dated:  July 18, 2013

               BY THE COURT:


               s/ Wiley Y. Daniel
               Wiley Y. Daniel
               Senior United States District Judge